UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE WORLD TRADE CENTER         :
DISASTER SITE LITIGATION               :
-------------------------------------------------------X
STANISLAW DROZDZ AND MONKIA   :
DROZDZ
       Plaintiffs          :

       V.                    :    **NOTICE OF APPEARANCE**

111 WALL STREET, LLC, ET. AL.   :    06CV14620
                                        :    ALVIN K. HELLERSTEIN, U.S.D.J.
       Defendants        :    (21MC102)
-------------------------------------------------------X

      PLEASE TAKE NOTICE THAT the defendant(s) named below hereby appear in This action and demand that you serve a copy of the complaint and all notices and other papers in this action upon the defendant(s) at the address stated below.

Dated: July 12, 2007
       New York, New York

                                      SUZANNE M. HALBARDIER
                                      (SMH-0310)

                                        SHAWNETTE A. FLUITT
                                        BARRY, MCTIERNAN & MOORE
                                        Attorneys for Defendant
                                        SAKELE BROTHERS, LLC
                                        2 Rector Street 14th Floor
                                        New York, NY 10006
                                        (212) 313-3600

To:   WORBY, GRONER EDELMAN & NAPOLI BERN, LLP
        Attorneys for Plaintiffs
        115 Broadway 12th Floor
        New York, NY 10006
        (212) 267-3700