## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) §:
COUNTY OF NEW YORK   )

**MELINDA L. INTORCIA**, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside in Staten Island, New York.

That on the 25th day of July, 2007 a true copy of the annexed **NOTICE OF APPEARANCE** was served in the following manner upon:

TO:   Worby Groner Edelman Napoli & Bern, LLP
      115 Broadway, 12th Floor
      New York, New York 10006

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated above.

*Melinda L. Intorcia*

**MELINDA L. INTORCIA**

Sworn to before me this
25th day of July, 2007.

*Lori A. Speciale*
Notary Public

LORI A. SPECIALE
Notary Public, State of New York
No. 01SP5077564
Qualified in Richmond County
Commission Expires May 12, 2011