# EXHIBIT D

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
STEVE ZABLOCKI,

                          Plaintiff,

    -against-

TULLY CONSTRUCTION COMPANY, INC.,
TULLY INDUSTRIES, INC., and DEUTSCHE
BANK,

                        Defendants.
------------------------------------------------------------ x

**ORDER DENYING MOTION TO TRANSFER DOCKETS**

06 Civ. 15494 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    By letter dated March 29, 2007, plaintiff Steve Zablocki requests that I transfer his case from the 21 MC 100 docket, which is subject to a stay by the United States Court of Appeals for the Second Circuit, to the 21 MC 102 docket, which is not.

    Mr. Zablocki's complaint alleges that he worked at the Deutsche Bank building at 130 Liberty Street from October 15, 2001 to December 15, 2001. This location is considered part of the World Trade Center site, as defined in Case Management Order No. 3, 21 MC 100 (Feb. 7, 2005). In addition, defendant Tully Construction Company, Inc., is one of the 21 MC 100 contractors that joined the City of New York's interlocutory appeal to the Second Circuit, which resulted in the aforementioned stay. Therefore, the motion is denied. Plaintiff's case shall remain classified as related to 21 MC 100, and remain subject to the Second Circuit's stay.

    SO ORDERED.

Dated:    April __13__, 2007
            New York, New York

                                                          ALVIN K. HELLERSTEIN
                                                           United States District Judge