UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
----------------------------------------------------------------X
STANISLAW DROZDZ (AND WIFE, MONIKA DROZDZ),

                                                    Plaintiffs,

-against-

111 WALL STREET LLC, ET. AL.,

                                                    Defendant.

See Rider Attached.
----------------------------------------------------------------X

Case No.:
21 MC 102 (AKH)

Docket No.: 06CV14620

NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

Jury Trial Demanded

Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements..

Dated:    New York, New York
             September 12, 2007

                                        Yours etc.,

                                        CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                        Attorneys for Defendants - BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM

                                        By: _____
                                           Vincent A. Nagler ( 6400 )
                                        One Whitehall Street
                                        New York, New York 10004
                                        (212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO:  WORBY GRONER & NAPOLI BERN, LLP
     Plaintiffs Liaison
     In Re Lower Manhattan Disaster Site Litigation
     115 Broadway, 12th Floor
     New York, New York 10006
     (212) 267-3700

TO:  WORBY GRONER & NAPOLI BERN, LLP

**RIDER**

STANISLAW DROZDZ AND MONIKA DROZDZ,

         Plaintiffs,

- against -

111 WALL STREET LLC, 230 CENTRAL CO., LLC, AIG REALTY, INC., ALAN KASMAN DBA KASCO, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN INTERNATIONAL REALTY CORP., AMG REALTY PARTNERS, LP, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP., CITIBANK, NA, CITIGROUP, INC., CUSHMAN & WAKEFIELD 111 WALL, INC., CUSHMAN & WAKEFIELD, INC., DEPARTMENT OF BUSINESS SERVICES, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATIONSERVICES CO., LIBERTY VIEW ASSOCIATES, L.P., MERRILL LYNCH & CO, INC., MSDW 140 BROADWAY PROPERTY L.L.C., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, ONE WALL STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC., RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., LP, RY MANAGEMENT, SAKELE BROTHERS, L.L.C, STATE STREET BANK AND TRUST COMPANY, AS OWNER TRUSTEE OF ZSF/OFFICE NY TRUST, STRUCTURE TONE (UK), INC., STRUCTURE

TONE GLOBAL SERVICES, INC., THE BANK
OF NEW YORK COMPANY, INC., THE BANK
OF NEW YORK TRUST COMPANY NA, THE
RELATED COMPANIES, LP, THE RELATED
REALTY GROUP, INC., TISHMAN INTERIORS
CORPORATION, TRIBECA LANDING L.L.C.,
WESTON SOLUTIONS, INC., WFP TOWER D
CO. G.P. CORP., WFP TOWER D HOLDING CO.
I L.P., WFP TOWER D HOLDING CO. II L.P.,
WFP TOWER D HOLDING I G.P. CORP., AND
WFP TOWER D. CO., L.P., ET AL

                              Defendants.
--------------------------------------------------------------X