Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
-----------------------------------------------------------X
STANISLAW DROZDZ AND MONIKA             : 06-CV-14620-AKH
DROZDZ,                                 :
:
            Plaintiffs,                 : **NOTICE OF ADOPTION**
                                        : **OF ANSWER**
   - against -                          : **TO MASTER COMPLAINT**
                                        : **BY MERRILL LYNCH**
111 WALL STREET LLC, *et al.*,          :
                                        : **ELECTRONICALLY FILED**
            Defendants.                 :
-----------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-265916v01

2

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 14, 2007

DICKSTEIN SHAPIRO LLP

By:   /s/ Judith R. Cohen
_____
Robert J. Higgins (RH-6477)
Judith R. Cohen (JC-8614)
Kenneth H. Frenchman (KF-3635)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501
*Attorneys for Defendant*
MERRILL LYNCH & CO., INC.