UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
STANISLAW DROZDZ AND MONIKA : 06-CV-14620-AKH
DROZDZ,

                        Plaintiffs, : **APPEARANCE**

   - against -

                         : **ELECTRONICALLY FILED**

111 WALL STREET LLC, *et al.*,

                        Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
        October 3, 2007

                                By:       /s/ Judith R. Cohen
                                                                       
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501

                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.


DOCSNY-271440v01