# EXHIBIT A

21 MC 102

## In Re World Trade Center Lower Manhattan Disaster Site Litigation

Complaint and Short Form "Check Off" Complaints Naming
Tully Construction Co., Inc. and Tully Industries

| No. | Plaintiff | Case Number | Work Site |
|---|---|---|---|
| 1. | Byron Acosta | 07cv1552 | Deutsche Bank Building |
| 2. | Luis Adriano | 07cv4445 | Deutsche Bank Building |
| 3. | Gladys Agudelo | 07cv4446 | Deutsche Bank Building |
| 4. | Enrique Ali | 07cv1554 | Deutsche Bank Building |
| 5. | Raul Allivar | 05cv9821 | Deutsche Bank Building |
| 6. | Maria E. Alvarez and Carlos Chavarriage | 05cv10135 | Deutsche Bank Building |
| 7. | Jose Alvarracin | 07cv1556 | Deutsche Bank Building |
| 8. | Kirk Arsenault | 04 cv 5338 | Deutsche Bank Building |
| 9. | Ivan Ascencio | 07cv1460 | Deutsche Bank Building |
| 10. | Marcelo Atiencia | 07cv1562 | Deutsche Bank Building |
| 11. | Peter B Bailon | 07cv5336 | Deutsche Bank Building |
| 12. | Jose Barahona and Domenica Barahona | 07cv5550 | Deutsche Bank Building |
| 13. | Hector Betancourt | 07cv4453 | Deutsche Bank Building |
| 14. | Leopoldo Burgos | 07cv1473 | Deutsche Bank Building |
| 15. | Manuel Caguana and Antonia Caguana | 06cv11968 | Deutsche Bank Building |
| 16. | Ivan Calero and Reyna Calero | 07cv1575 | Deutsche Bank Building |
| 17. | Wilson Calle | 07cv1578 | Deutsche Bank Building |
| 18. | Rey R. Campoverde | 07cv5280 | Deutsche Bank Building |
| 19. | Rodrigo Campozano and Ester Campozano | 07cv4459 | Deutsche Bank Building |
| 20. | Edison Cardenas | 07cv1580 | Deutsche Bank Building |
| 21. | Silvia Castillo and Segundo Castillo | 05cv1718 | Deutsche Bank Building |
| 22. | Nancy Chuva | 07cv1589 | Deutsche Bank Building |
| 23. | Yolanda Cintron | 06cv5631 | Deutsche Bank Building |
| 24. | Jorge E Cortez | 07cv5394 | Deutsche Bank Building |
| 25. | Lidia Cortijo | 07cv317 | Deutsche Bank Building |
| 26. | Nancy Criollo and Lawrence Zenteino | 07cv4462 | Deutsche Bank Building |
| 27. | Clara Dota | 07cv1602 | Deutsche Bank Building |
| 28. | Jesse Drake and Susan Drake | 07cv5353 | Deutsche Bank Building |
| 29. | Stanislaw Drozdz and Monika Drozdz | 06cv14620 | Deutsche Bank Building |
| 30. | Inerva Duarte | 07cv1603 | Deutsche Bank Building |
| 31. | Elvia Dutan and Wilfredo Dutan | 07cv1606 | Deutsche Bank Building |
| 32. | Jorge Encalada | 07cv1607 | Deutsche Bank Building |
| 33. | Luis Franco | 07cv4466 | Deutsche Bank Building |
| 34. | Janina Frelas | 07cv1612 | Deutsche Bank Building |
| 35. | Norberto Gallardo | 07cv5290 | Deutsche Bank Building |
| 36. | Viviana Garcia | 07cv1617 | Deutsche Bank Building |
| 37. | Peter Gaspar | 05cv10739 | Deutsche Bank Building |
| 38. | Leonard Gawin and Miroslawa Gawin | 07cv1619 | Deutsche Bank Building |
| 39. | Samuel T. Giamo and Rosemary Giamo | 06cv11676 | Deutsche Bank Building |
| 40. | Hitien E Giraldo | 07cv5554 | Deutsche Bank Building |
| 41. | Rosa Gualpa | 07cv4472 | Deutsche Bank Building |
| 42. | Armando Guzman | 07cv5556 | Deutsche Bank Building |

21 MC 102

In Re World Trade Center Lower Manhattan Disaster Site Litigation

Complaint and Short Form "Check Off" Complaints Naming
Tully Construction Co., Inc. and Tully Industries

| No. | Plaintiff | Case Number | Work Site |
|---|---|---|---|
| 43. | Avenia Hernando and Nidia Hernando | 07cv4473 | Deutsche Bank Building |
| 44. | Julio Hurtado and Elda Monica Hurtado | 07cv5295 | Deutsche Bank Building |
| 45. | Manuel Idrovo | 07cv1628 | Deutsche Bank Building |
| 46. | Edgar Idrovo | 07cv1627 | Deutsche Bank Building |
| 47. | Jorge Inga | 07cv1629 | Deutsche Bank Building |
| 48. | Jozef Jablonski and Agnieszka Jablonska | 07cv1630 | Deutsche Bank Building |
| 49. | Jonas Jaramillo and Blanca Romelo | 06cv14746 | Deutsche Bank Building |
| 50. | Marian Karus and Barbara Karus | 07cv1635 | Deutsche Bank Building |
| 51. | Edward Kosowski | 07cv5299 | Deutsche Bank Building |
| 52. | Ana Lascano | 05cv9333 | Deutsche Bank Building |
| 53. | Andrzej Lasica and Ewelina Lasica | 07cv4480 | Deutsche Bank Building |
| 54. | Carlos Lenis and Lucia Lenis | 06cv10045 | Deutsche Bank Building |
| 55. | Ines Leon and Luis E. Quezada | 07cv4481 | Deutsche Bank Building |
| 56. | Cesar Leon and Agnes Dipini | 07cv63 | Deutsche Bank Building |
| 57. | Wilmo Loja | 07cv4482 | Deutsche Bank Building |
| 58. | Fernando Lucero | 07cv5366 | Deutsche Bank Building |
| 59. | Rosa Medina | 07cv4491 | Deutsche Bank Building |
| 60. | Maria E. Melendez | 07cv5397 | Deutsche Bank Building |
| 61. | Juan Mendez and Kareen Mendez | 07cv1664 | Deutsche Bank Building |
| 62. | Carlos Merchan and Martha Merchan | 07cv1665 | Deutsche Bank Building |
| 63. | Eugenio Mora and Olga Mora | 06cv13168- | Deutsche Bank Building |
| 64. | Tatiana Morales and James Fink | 07cv5370 | Deutsche Bank Building |
| 65. | Sandra Moreno | 07cv1670 | Deutsche Bank Building |
| 66. | Luis Naranjo and Rosa Naranjo | 05cv10738 | Deutsche Bank Building |
| 67. | Walter Naranjo and Miriam Naranjo | 07cv4496 | Deutsche Bank Building |
| 68. | Oscar Negrete | 07cv5371 | Deutsche Bank Building |
| 69. | Sean O'Connell and Carole O'Connell | 07cv5374 | Deutsche Bank Building |
| 70. | Rosa Palaguachi and Rigoberto Palaguachi | 07cv1680 | Deutsche Bank Building |
| 71. | David Reynolds and Katherine Reynolds | 07cv3446 | Deutsche Bank Building |
| 72. | Marcel Rhoden and Deirdre L. Worley | 07cv5311 | Deutsche Bank Building |
| 73. | Maximo Riera and Fanny Riera | 07cv1519 | Deutsche Bank Building |
| 74. | Patricio Rodas and Taina Ruiz | 07cv1694 | Deutsche Bank Building |
| 75. | Jaime Rojas and Johanna Hernandez | 07cv4511 | Deutsche Bank Building |
| 76. | Mieczyslaw Romaniuk | 07cv5316 | Deutsche Bank Building |
| 77. | Victor Salazar | 07cv4512 | Deutsche Bank Building |
| 78. | Rosa Sanchez and Hector Albarracih | 06cv12488 | Deutsche Bank Building |
| 79. | Edilberto Sanchez | 07cv5384 | Deutsche Bank Building |
| 80. | Emanuel Santamaria | 07cv1528 | Deutsche Bank Building |
| 81. | Galo Sarmiento | 07cv1529 | Deutsche Bank Building |
| 82. | Edwin Sarmiento and Nora Sarmiento | 07cv4515 | Deutsche Bank Building |
| 83. | Teresa Serrano | 05cv8937 | Deutsche Bank Building |
| 84. | Raul Siguencia | 07cv1533 | Deutsche Bank Building |

21 MC 102

In Re World Trade Center Lower Manhattan Disaster Site Litigation

Complaint and Short Form "Check Off" Complaints Naming
Tully Construction Co., Inc. and Tully Industries

| No. | Plaintiff | Case Number | Work Site |
|---|---|---|---|
| 85. | Felipe Suarez | 07cv1707 | Deutsche Bank Building |
| 86. | Samuel Sumba and Mercedes Sumba | 07cv1710 | Deutsche Bank Building |
| 87. | Pedro Tamayo and Gabriella Tamayo | 07cv1538 | Deutsche Bank Building |
| 88. | Nicholas Teham | 07cv5564 | Deutsche Bank Building |
| 89. | Julia Tenezaca | 07cv1714 | Deutsche Bank Building |
| 90. | Cesareo Teran | 07cv5389 | Deutsche Bank Building |
| 91. | Jeanne Thorpe | 07cv1715 | Deutsche Bank Building |
| 92. | Carlos A. Valencia and Gloria N. Bonilla | 07cv5324 | Deutsche Bank Building |
| 93. | Rommel Vasquez and Rosa A. Gomez | 07cv1543 | Deutsche Bank Building |
| 94. | Kattia Vazquez and Peter Vazquez | 07cv1722 | Deutsche Bank Building |
| 95. | Severo Vega and Lila Gonzalez | 07cv4521 | Deutsche Bank Building |
| 96. | Segundo Villarroel and Martha L. Villarroel | 07cv1546 | Deutsche Bank Building |
| 97. | Kleber Villarruel | 06cv13703 | Deutsche Bank Building |
| 98. | Kevin Walsh | 06cv12608 | Deutsche Bank Building |
| 99. | Robert Waniurski and Ewa Waniurski | 07cv4524 | Deutsche Bank Building |
| 100. | Ancil Watson | 07cv5391 | Deutsche Bank Building |
| 101. | Clarence Wragg and Cecilia Wragg | 06cv8125 | Deutsche Bank Building |