William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

———————————————————X

STANISLAW DROZDZ (AND WIFE, MONIKA
DROZDZ)
                                           **NOTICE OF THE
                                           BROOKFIELD
            v.                             PARTIES' ADOPTION OF
                                           AMENDED ANSWER
                                           TO MASTER
                                           COMPLAINT**

111 WALL STREET LLC, ET. AL.,              CASE NUMBER: (AKH)
                                           06 CV 14620
———————————————————X

PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower D Co. L.P. and WFP Tower D Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 30, 2007

                              Faust, Goetz, Schenker & Blee, LLP

                              _____
                              By: William J. Smith (WJS-9137)
                              Attorneys for the Brookfield Parties
                              Two Rector Street, 20th Floor
                              New York, NY 10006
                              (212) 363-6900