UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |
| STANISLAW DROZDZ (AND WIFE, MONKA DROZDZ), Plaintiff(s), -against- 111 WALL STREET LLC, et al. Defendants. | 06CV14620(AKH) **NOTICE OF ADOPTION BY 2 BROADWAY LLC OF ANSWER TO MASTER COMPLAINT** |

**PLEASE TAKE NOTICE** that defendant **2 BROADWAY LLC** (hereinafter "2 Broadway"), as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint adding new defendants not previously served filed in the above-referenced action, herein adopts 2 Broadway's Answer to Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH). **2 BROADWAY** has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**PLEASE TAKE FURTHER NOTICE THAT** defendant, 2 Broadway reserves its right to assert any defenses to which it is entitled, including but not limited to those enumerated in Case Management Order No. 4 (¶¶ D(1)-(5)).

**WHEREFORE**, 2 Broadway demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
December 5, 2007

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
2 BROADWAY LLC

_____/s/_____
Stanley Goos, Esq. (SG 7062)
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
*Liaison Counsel for the Defendants*

**All Counsel via ECF**

## **CERTIFICATION AS TO SERVICE**

The undersigned certifies that on December 5, 2007, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.  Notice of 2 Broadway LLC's Adoption of Answer to Master Complaint.

Dated: December 5, 2007


                                                /s/
                              Stanley Goos, Esq. (SG 7062)