UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER      21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
STANISLAW DROZDZ and wife MONIKA DROZDZ,

                     Plaintiffs,          Index No.: 06 CV 14620

       -against-

                                  **NOTICE OF**
RELATED BPC ASSOCIATES, INC., RELATED     **APPEARANCE**
MANAGEMENT CO., LP, THE RELATED
COMPANIES, LP, THE RELATED REALTY GROUP,     **ELECTRONICALLY**
INC., and LIBERTY VIEW ASSOCIATES, L.P.     **FILED**

                     Defendants.
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.

Dated:     New York, New York
              December 10, 2007

                                 LONDON FISCHER LLP

                  By:     _____
                                  Gillian Hines Kost (GK-2880)
                                  59 Maiden Lane
                                  New York, New York 10038
                                  Phone: (212) 972-1000
                                  Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P**

K: VGFutterman\WTC-Related\Plaintiff\S.Drozdz\Pleadings\Notice of Appearance